UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen, | Case No. 20-CV-1492 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| Menard, Inc., | **MENARD, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | |

COMES NOW Defendant Menard, Inc. to move the Court for an order pursuant to Fed. R. Civ. P. 56(a) as follows:

1. Dismissing the Complaint without prejudice;

2. Directing entry of judgment against Plaintiff and in favor of Defendant;

3. Awarding Defendant its reasonable taxable costs and disbursements; and

4. Providing such other relief as the Court may deem just and equitable.

This Motion is based upon the grounds set forth in the accompanying memorandum of law, the supporting affidavits filed herewith, and all of the files and records herein.

Date: September 30, 2021

**LIND, JENSEN, SULLIVAN & PETERSON
A PROFESSIONAL ASSOCIATION**

/s/ Ryan P. Myers
Timothy P. Jung, I.D. No. 186156
Ryan P. Myers, I.D. No. 0389211
l300 AT&T Tower
901 Marquette Avenue South
Minneapolis, Minnesota 55402
Telephone: (612) 333-3637
Fax: (612) 333-1030
tim.jung@lindjensen.com
ryan.myers@lindjensen.com

**ATTORNEYS FOR DEFENDANT MENARD, INC.**