UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Weisen,<br><br>　　　Plaintiff,<br><br>v.<br><br>Menard, Inc.,<br><br>　　　Defendant. | Case No. 20-CV-1492 (NEB/ECW)<br><br>**[PROPOSED]**<br>**ORDER FOR SUMMARY**<br>**JUDGMENT** |

The above entitled action is before the Court on Defendant Menard, Inc.'s motion for an order pursuant to Fed. R. Civ. P. 56(a). The matter was heard and the appearances of the parties are as reflected in the minutes of the proceedings. The Court, having been fully apprised of the premises based upon the arguments of counsel, the memorandums, the affidavits, the exhibits, and all of the files and records herein, now makes the following:

**ORDER**

1. The Motion is **GRANTED**.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**;

3. Defendant is entitled to recover its reasonable taxable costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

| | |
|---|---|
| _____<br>DATE | _____<br>The Honorable Nancy E. Brasel<br>Judge of District Court |