UNITED STATES DISTRICT COURT
DISTIRCT OF MINNESOTA

| | |
|---|---|
| **Jeffrey Weisen**, <br><br> Plaintiff, <br><br> v. <br><br> **Menards,** <br><br> Defendant. | Court File No.: 20-cv-1492 (NEB/ECW) <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Plaintiff's undersigned Attorneys on the one hand, and Defendant, and Defendant's undersigned Attorney, on the other, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

Dated: October 18, 2021         **THRONDSET MICHENFELDER, LLC**

By: /s/Patrick W. Michenfelder_____
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
One Central Avenue West, Suite 101
St. Michael, MN 55376
Tel: (763) 515-611
Email: chad@throndsetlaw.com
Email: pat@throndsetlaw.com
*Attorneys for Plaintiff*

Dated:  October 18, 2021           **LIND, JENSEN, SULLIVAN & PETERSON**
                                   **A PROFESSIONAL ASSOCIATION**

                                   By: */s/*Ryan Myers_____
                                   Timothy P. Jung, (#186156)
                                   Ryan P. Myers, (#0389211)
                                   1300 AT&T Tower
                                   901 Marquette Avenue South
                                   Minneapolis, MN 55402
                                   Tel: (612) 333-3637
                                   Email: tim.jung@lindjensen.com
                                   Email: ryan.myers@lindjensen.com
                                   *Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED pursuant to the Stipulation of the parties herein, that all claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party.

There being no just reason for delay, LET THE JUDGMENT BE ENTERED ACCORDINGLY.

                                   BY THE COURT

 Dated: _____, 2021     _____
                                   The Honorable Nancy E. Brasel
                                   United States District Judge
                                   District of Minnesota

2