# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN, | Case No. 20-CV-1492 (NEB/ECW) |
| Plaintiff, | |
| v. | |
| | ORDER OF DISMISSAL |
| MENARD INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on October 18, 2021 (ECF No. 23), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE on the merits and without additional costs or attorneys' fees to any party.

Dated: October 20, 2021                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge